[Cite as *High v. Pickaway Correctional Inst.*, 2010-Ohio-5452.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JESSIE M. HIGH

Plaintiff

v.

PICKAWAY CORRECTIONAL INSTITUTE

Defendant

Case No. 2009-07890-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

## FINDINGS OF FACT

{¶ 1} 1) Plaintiff, Jessie M. High, an inmate incarcerated at defendant, Pickaway Correctional Institution, filed this action alleging his personal property was confiscated during a July 2, 2009 shakedown search and not returned. Plaintiff requested damages in the amount of $79.29 for property loss. Plaintiff also requested reimbursement of unspecified copying costs. The $25.00 filing fee was paid and plaintiff requested reimbursement of that cost along with his damage claim.

{¶ 2} 2) Defendant filed an investigation report admitting liability and acknowledging plaintiff suffered property loss damages in the amount of $79.29.

## CONCLUSIONS OF LAW

{¶ 3} 1) Copying costs are not compensable. See *Carnail v. Dept. of Rehab. & Corr.*, Ct. of Cl. No. 2007-06322-AD, 2008-Ohio-1207.

{¶ 4} 2) Negligence on the part of defendant has been shown in respect to the issue of property protection. *Billups v. Department of Rehabilitation and Correction* (2001), 2000-10634-AD; *Tyler v. Ohio Dept. of Rehab. & Corr.* , Ct. of Cl. No. 2007-

07299-AD, 2008-Ohio-3418.

{¶ 5} 3) Defendant is liable to plaintiff for his property loss in the amount of $79.29, plus the $25.00 filing fee costs. *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JESSIE M. HIGH

　　Plaintiff

　　v.

PICKAWAY CORRECTIONAL INSTITUTION

　　Defendant

　　Case No. 2009-07890-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $104.29, which includes the filing fee. Court costs are assessed against defendant.

DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Jessie M. High, #A356-806          Gregory C. Trout, Chief Counsel
11781 State Route 762              Department of Rehabilitation
Orient, Ohio  43146               and Correction
                                  770 West Broad Street
                                  Columbus, Ohio  4222

RDK/laa
6/23
Filed 7/20/10
Sent to S.C. reporter 11/5/10